To: SAM Griffith

From: Anso Sharue Hill

REC'D IN COURT OF APPEALS
12th Court of Appeals District
APR 06 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

I write to you on the behalf of the <u>judgement Ordered, Adjudged, And DeCreed.</u> And For susport of justice From the Panel of justice Court of Appeals Twelfth Court of Appeals District of Texas.

My Question's And prayer's or of these issuse.

1.) I Appeal from the 2nd judicial District Court of Cherokee County, Texas. Trial Court Number 15,593.
The judgement Awarded My Conviction for burglary of A habitation with the intent to Commit sexual assault, be Modified From guilty And as modified Affirmed.
The 2nd judicial district court of Cherokee County, Texas Modified And did Affirmed. But did Also substitute burglary of A habitation and Committing or Attempting to Commit A Felony, endangering a child younger than Fourteen years of Age, Assault of A public Servant! under My Trial Court Number 15,593! And send me back to prison under the Prisom term of 20 years. The Case Number 15,593 was A burglary of A habitation with the intent to Commit sexual Assault. In was dismiss by the Court of Appeals twelfth Court of Appeals District of texas.

Page 1.

Page 2. On back side of page.

2.) I concern you with this because it show's Double jeopardy. An in the regard of high interest from the justice panel in of Neglect from high courts to the lower courts. Which show's the susport of discrimination.

I Am wishing, praying, And hoping for the prayers of which. I AM Now Asking. too have My Trial court Number 15,593 look upon from the issused in 2004 the year, to the date upon judgement was Ordered, Adjudged And Decreed, And to the date upon As of Now 2015. it shows the judgement was Not Modified but Substituted And As substituted under the Trial Court Number 15,593 to susport false imprisonment. By the 2nd judicial district court of Cherokee County, Texas On My own behalf I AM Asking to be released from prison for been in prison under false pretents. With you do help. Sam Griffith, justice

Case Number: 12-11-00292-CR

Trial Court Case Number: 15,593